**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CARLOS D. COTTON,**
        **Plaintiff,**

**vs.**                                                      **CASE NO.: 3:05cv451/RV/MD**

**CHIEF RAY BURGESS, et al.,**
        **Defendant.**

_____

**O R D E R**

        This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 5, 2006.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

        Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now ORDERED as follows:

        This cause is DISMISSED for lack of subject matter jurisdiction.

        DONE AND ORDERED this 1st day of February, 2006.


                                        /s/ Roger Vinson
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**